UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDERSON RAFAEL ANTOINE,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE, et al.,

Defendants.

Case No. 24-cv-07023-AGT

**ORDER TO FILE MOTION OR PROPOSED CASE SCHEDULE**

On April 3, 2026, after Plaintiff's counsel told the Court that he had lost contact with his client, the Court vacated all remaining case deadlines and ordered Plaintiff's counsel to move to withdraw by April 25, 2026, or to propose a new case management schedule by May 1, 2026. Dkt. 44.

Plaintiff's counsel didn't meet either deadline. He hasn't moved to withdraw or proposed a new case management schedule. The Court accordingly orders Plaintiff's counsel to move to withdraw or, after meeting and conferring with defense counsel, to propose a new case management schedule by August 25, 2026. If Plaintiff's counsel doesn't meet the August 25 deadline, the Court may impose sanctions.

**IT IS SO ORDERED.**

Dated: August 11, 2026

Alex G. Tse
United States Magistrate Judge